# United States Court of Appeals
## For the First Circuit

No. 22-1725

JUAN ENRIQUE BAEZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: September 23, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Petitioner has filed a motion to stay removal. This order is issued in accordance with First Circuit Local Rule 18.0. Removal of the petitioner is hereby stayed for ten business days from the date of this order. The government shall file its response to the motion in accordance with the Local Rule.

By the Court:

Maria R. Hamilton, Clerk

cc:
Juan Enrique Baez
Anthony Paul Nicastro
Bernard Joseph
OIL