# United States Court of Appeals
## For the First Circuit

No. 22-1725

JUAN ENRIQUE BAEZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Barron, Chief Judge,
Lynch and Howard, Circuit Judges.

**ORDER OF COURT**

Entered: October 11, 2022

Petitioner Juan Enrique Baez seeks a stay of removal pending the resolution of his petition for review. The administrative stay entered in accordance with Local Rule 18.0 has expired. Because the stay criteria set out in Nken v. Holder, 556 U.S. 418 (2009), are not sufficiently satisfied, the request for a stay of removal is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Juan Enrique Baez
Anthony Paul Nicastro
Aaron David Nelson
Bernard Joseph
OIL
Sarah L. Martin